UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Curtis Devon Harris**                 **Docket No. 5:08-CR-156-1D**

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Curtis Devon Harris, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on December 2, 2008, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Curtis Devon Harris was released from custody on December 22, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 30, 2015, the probation officer called the defendant into the office after discovering he had purchased at least two vehicles without the permission of the probation officer. While speaking to the defendant, he admitted to having purchased two other vehicles. As a result of these unapproved purchases, the probation officer conducted a check of the defendant's credit history and found that the defendant has accumulated over $79,000 in debt, with over $20,000 of credit still available to him. Most of the accumulated debt took place during October 2015. On November 9, 2015, the defendant was instructed to close several of his credit card accounts and pay off a significant amount of credit card debt by returning the cash advances to the bank in the form of payments. Additionally, the defendant has changed his residence without the permission of the probation officer and moved in with another person also under supervision. The probation officer has instructed the defendant to relocate to an approved residence. Lastly, the defendant submitted a urine specimen on October 30, 2015, that returned positive for cocaine use. When confronted with the result, the defendant admitted using cocaine. As a result of his cocaine use, the defendant has been returned to the Surprise Urinalysis Program and was referred for a substance abuse assessment and any recommended treatment. As a punitive sanction, it is recommended the defendant serve two days of intermittent confinement in the custody of the Bureau of Prisons. It is also recommended that the conditions of supervision be modified to have the defendant participate in the DROPS Program, beginning in the second use level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the Second Use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Curtis Devon Harris
Docket No. 5:08-CR-156-1D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: November 10, 2015 |

## ORDER OF THE COURT

Considered and ordered this 16 day of November, 2015 and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge